FILED
FEB 2 6 2008
CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| MINDY KAHLE, | CIV. 04-5024-KES |
| Plaintiff, | |
| vs. | JUDGMENT |
| JERMAINE LEONARD and DEPUTY TIM MALONE, | |
| Defendants. | |

This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdicts. Therefore, it is hereby

ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of plaintiff, Mindy Kahle, and against defendant Jermaine Leonard in the sum of $600,000 for actual damages and $500,000 for punitive damages.

IT IS FURTHER ORDERED that judgment is entered in favor of defendant Deputy Tim Malone and against plaintiff, Mindy Kahle.

Dated February 26, 2008.

BY THE COURT:

Karen E. Schreier
KAREN E. SCHREIER
CHIEF JUDGE